**FILED**

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA
NO. DA 22-0259

EMILY JOY COKER,                              )
                                             )
                    Appellant,               )
                                             )        ORDER GRANTING
v.                                           )        ADDITIONAL TIME
                                             )
                                             )
CHARLES PATRICK COKER,                       )
                                             )
                    Appellee.                )
                                             )

`        Upon motion of the mediator, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have until June 24, 2022 to provide the

mediator with their position statements required under M.R.App. P Rule7.

Dated this _____day of June, 2022.

_____
                                    Judge

cc: Greg W. Duncan, mediator, gduncan@centronservices.com
    Emilie J. Coker, Appellant, EC8404@gmail.com
    Charles P. Coker, Appellee, 18 J Bar loop, Townsend, MT 59644

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 9 2022